UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                  Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>ANTHONY CILWA and VICTORIA CILWA,<br><br>                  Defendants. | NO:  CV-12-340-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80161-PCW11<br><br>ORDER DENYING MOTION TO CHANGE VENUE |

**BEFORE THE COURT** is Defendants' Motion for Change of Venue.  ECF No. 58.  The Court has reviewed all relevant filings and is fully informed.

Both this Court and the Bankruptcy Court have denied Defendants' prior motions to change venue.  ECF No. 30 at 3; Bankr. Adv. Doc. 11-80161-PCW,

ORDER DENYING MOTION TO CHANGE VENUE ~ 1

1  ECF No. 37.  The Court will not disturb those rulings.  Accordingly, **IT IS**

2  **HEREBY ORDERED** that Defendants' Motion for Change of Venue, **ECF No.**

3  **58**, is **DENIED**.

4      **IT IS SO ORDERED**.

5  The District Court Clerk is hereby directed to enter this Order and to provide

6  copies to counsel, to pro se defendants, and to Judge Frederick P. Corbit.

7      **DATED** this 22nd day of November 2013.

           *s/ Rosanna Malouf Peterson*
           ROSANNA MALOUF PETERSON
           Chief United States District Court Judge

ORDER DENYING MOTION TO CHANGE VENUE ~ 2